# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:12CR00240-2 DPM

RONALD KELLY

# ORDER

On October 1, 2012, the Court released Defendant on an OR bond to a third-party custodian. *Docket entry #19*. On April 11, 2013 the Court revoked Defendant's bond because: (1) he tested positive for marijuana five times after his release; (2) he tested positive for marijuana when he appeared for his revocation hearing; and (3) there was probable cause to believe that he committed a state crime, for possession and use of marijuana, while on bond. *Docket entry #30*.

On November 19, 2013, Defendant filed a Motion requesting a detention hearing. *Docket entry #41*. He argues that he is entitled to re-release on conditions because: (1) he has been drug-free while incarcerated; and (2) the continuance of his trial has effectively "penalized" him with a lengthy pretrial detention.

Defendant's arguments do not establish any reason to revisit the issue of pretrial release.

IT IS THEREFORE ORDERED that Defendant's Motion for Detention Hearing (*docket entry #41*) is DENIED.

Dated this 9th day of December, 2013.

_____
UNITED STATES MAGISTRATE JUDGE