**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **No. 4:12-cr-240-DPM**

**AARON MARSH and RONALD KELLY** **DEFENDANTS**

**ORDER**

For the reasons stated on the record at today's hearing, Marsh's motion to suppress, *№ 49*, is denied with the exception of the defendants' pre-*Miranda* statements. Supplemental briefing from both parties on this issue due by the close of business on Tuesday, 18 February 2014.

So Ordered.

D.P. Marshall Jr.
United States District Judge

14 February 2014